AO 121 (6/90)   CV04 00638 DAE-LEK

**TO:**
Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

# REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | UNITED STATES DISTRICT COURT |
| DATE FILED | District of Hawaii |
|  | 300 Ala Moana Boulevard |
|  | Honolulu, HI 96850 |

| PLAINTIFF | DEFENDANT |
|---|---|
| PRIORITY RECORDS LLC; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORP.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and ARISTA RECORDS LLC | KIILANI KAAIAWAAWA |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED ☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| (S) SUE BEITIA | [signature] | DEC 0 6 2007 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## KIILANI KAAIAWAAWA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |
| Atlantic Recording Corporation | Sister Sledge | We Are Family | We Are Family | 6-182 |
| Sony BMG Music Entertainment | Jennifer Lopez | Let's Get Loud | On The 6 | 267-571 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Capitol Records, Inc. | MC Hammer | Have You Seen Her? | Please Hammer Don't Hurt 'Em | 133-683 |
| Sony BMG Music Entertainment | Journey | Who's Crying Now | Escape | 30-088 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |